IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ANGELA L. LAWHON, Administrator of the Estate of Joshua L. Lawhon, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 3:19-cv-00924 |
| JOHN EDWARDS, et al., | ) ) | |
| Defendants. | ) | |

**MOTION TO DISMISS**
**(Qualified Immunity)**

COME NOW the defendants, Officer John Edwards ("Officer Edwards") and Officer Lashaun Turner ("Officer Turner"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and, for the reasons stated in the accompanying *Memorandum of Law in Support of Motion to Dismiss*, respectfully request that this Court dismiss Plaintiff's *Complaint* with prejudice at it relates to Officer Edwards and Officer Turner as the allegations of the Complaint including the Exhibits to the Complaint establish as a matter of law that it was objectively reasonable for Officer Edwards and Officer Turner to believe that probable cause existed for them to exercise emergency custody over the decedent pursuant to Virginia Code § 37.2-808(G) and they are therefore entitled to qualified immunity.  Raub v. Campbell 785 F.3d 876 (4th Cir. 2015).

1

OFFICER JOHN EDWARDS and
OFFICER LASHAUN TURNER

      /s/ ***Mark C. Nanavati***
Mark C. Nanavati, Esq. (VSB #38709)
G. Christopher Jones, Jr., Esq. (VSB #82260)
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3864 (Jones)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com
*Counsel for Officer John Edwards and*
*Officer Lashaun Turner*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on this 5th day of March, 2020, a true and accurate copy of the foregoing *Motion to Dismiss* was filed with the Clerk using the CM/ECF system, which will send a notification of such filing to the following:

Jonathan E. Halperin, Esq. (VSB No. 32698)
Isaac A. McBeth, Esq. (VSB No. 82400)
HALPERIN LAW CENTER, LLC
5225 Hickory Park Drive, Suite B
Glen Allen, Virginia 23059
(804) 527-0100 (Telephone)
(804) 597-0209 (Facsimile)
jonathan@hlc.law
isaac@hlc.law
*Counsel for Plaintiff*

David P. Corrigan, Esq. (VSB #26341)
HARMAN, CLAYTOR, CORRIGAN, WELLMAN
Post Office Box 70280
Richmond, Virginia 23255
(804) 762-8017 (Telephone)
(804) 212-0862 (Facsimile)
dcorrigan@hccw.com
*Counsel for Alexander Mays and Christopher Tenley*

/s/ *Mark C. Nanavati*
Mark C. Nanavati, Esq. (VSB #38709)
G. Christopher Jones, Jr., Esq. (VSB #82260)
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3864 (Jones)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com
*Counsel for Officer John Edwards and Officer Lashaun Turner*