# Exhibit C
# Officer John
# Edwards's Body-
# Worn Camera Video