UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ANGELA L. LAWHON, ADMINISTRATOR of the ESTATE of JOSHUA L. LAWHON<br><br>    **Plaintiff,**<br><br>v.<br><br>JOHN EDWARDS, et al.<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  3:19-cv-924-HEH<br>)<br>)<br>)<br>) |

## NOTICE OF CORRECTION

Plaintiff Angela Lawhon ("Ms. Lawhon"), by counsel, respectfully submits the following Notice of Correction regarding her previously filed Memorandum in Opposition to Motion to Dismiss (Qualified Immunity) (ECF No. 20).

### CORRECTION OF MISSTATEMENT OF FACT

Yesterday, Ms. Lawhon filed her Memorandum in Opposition to the Motion to Dismiss (the "Motion") filed herein by Defendants John Edwards ("Officer Edwards") and Lashaun Turner ("Officer Turner") (collectively, "Defendants").  In opposing the Motion, Ms. Lawhon quoted from the language of Exhibit B to the Complaint (ECF No. 1-3)—a departmental policy issued by the City of Richmond Police Department ("General Order 6-10").  In two instances, Ms. Lawhon quoted General Order 6-10 as requiring officers to remove suspects from the prone position "as soon as possible" after handcuffing the suspect. See Mem. in Opp. Mot. Dismiss at 2, 28, ECF No. 20, Apr. 2, 2020.  However, this was inaccurate.  The actual language of General Order 6-10 requires officers to shift suspects from the prone position "as soon after handcuffing as circumstances allow." Gen. Order 6-10 at 9, ECF No. 1-3, Dec. 13, 2019.  This misstatement was

inadvertent and purely a result of counsel accidentally misremembering the language of General Order 6-10 while doing final edits on the Memorandum in Opposition.  Counsel realized the misstatement today and—although Ms. Lawhon believes the two phrases are substantively the same—opted to file this Notice of Correction to ensure the arguments before the Court were based upon an accurate construction of the record.

DATE: April 3, 2020                                      Respectfully filed,

                                                        ANGELA L. LAWHON, as
                                                        ADMINISTRATOR of the
                                                        ESTATE OF JOSHUA L. LAWHON

                                                        By: _____/s/_____
                                                                     Counsel

                                                       Jonathan E. Halperin, Esq. (VSB No. 32698)
                                                       Isaac A. McBeth, Esq. (VSB No. 82400)
                                                       Halperin Law Center, LLC
                                                       5225 Hickory Park Drive, Suite B
                                                       Glen Allen, VA 23059
                                                       Phone: (804) 527-0100
                                                      Facsimile: (804) 597-0209
                                                       jonathan@hlc.law
                                                       isaac@hlc.law
                                                       *Counsel for Plaintiff*