IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ANGELA L. LAWHON, Administrator of the Estate of Joshua L. Lawhon, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 3:19-cv-00924 |
| JOHN EDWARDS, et al., | ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEAL

COME NOW the defendants, Officer John Edwards ("Officer Edwards") and Officer Lashaun Turner ("Officer Turner") (collectively, the "Defendants"), by counsel, and for their *Notice of Appeal*. The Defendants hereby give notice they are appealing to the United States Court of Appeals for the Fourth Circuit from the Order [ECF 63] denying their *Motion to Dismiss* [ECF 9] entered in this action on August 10, 2020. Officer Turner and Officer Edwards are appealing the denial of their *Motion to Dismiss* as to Counts II, V, and VI of Plaintiff's *Complaint* [ECF 1].

OFFICERS JOHN EDWARDS and
OFFICER LASHAUN TURNER


     /s/ *Mark C. Nanavati*
Mark C. Nanavati, Esq. (VSB #38709)
G. Christopher Jones, Jr., Esq. (VSB #82260)
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3864 (Jones)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com
*Counsel for Officer John Edwards and Officer Lashaun Turner*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of August, 2020, a true and accurate copy of the foregoing Reply was filed with the Clerk using the CM/ECF system, which will send a notification of such filing to the following:

Jonathan E. Halperin, Esq. (VSB #32698)
Isaac A. McBeth, Esq. (VSB #82400)
HALPERIN LAW CENTER, LLC
5225 Hickory Park Drive, Suite B
Glen Allen, Virginia 23059
(804) 527-0100 (Telephone)
(804) 597-0209 (Facsimile)
jonathan@hlc.law
isaac@hlc.law
*Counsel for Plaintiff*

John A. Conrad, Esq. (VSB #17640)
THE CONRAD FIRM
1520 West Main Street, Suite 204
Richmond, Virginia 23220
(804) 359-6062 (Telephone)
(804) 359-6064 (Facsimile)
jconrad@theconradfirm.com
*Counsel for Alexander Mayes*

David P. Corrigan, Esq. (VSB #26341)
HARMAN, CLAYTOR, CORRIGAN, WELLMAN
Post Office Box 70280
Richmond, Virginia 23255
(804) 762-8017 (Telephone)
(804) 212-0862 (Facsimile)
dcorrigan@hccw.com
*Counsel for Alexander Mays and Christopher Tenley*

/s/ *Mark C. Nanavati*
Mark C. Nanavati, Esq. (VSB #38709)
G. Christopher Jones, Jr., Esq. (VSB #82260)
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3864 (Jones)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com
*Counsel for Officer John Edwards and Officer Lashaun Turner*